UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-09-130-2 |
| | § | |
| ERIC SOVA | § | |

## ORDER

On this day came to be considered the Government's **MOTION FOR STAY OF**

**RELEASE OF DEFENDANT PENDING REVIEW OF ORDER OF RELEASE**

**PURSUANT TO 18 U.S.C. § 3145(a)(1)** [D,E, 18] for the above-named Defendant.

The Court is of the opinion that this motion be and is hereby GRANTED.

SIGNED and ORDERED this 19th day of March, 2009.

_____
Janis Graham Jack
United States District Judge